UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY MARY ZAPALAC,<br><br>        Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | Case No. 1:25-cv-01264-CDB (SS)<br><br>ORDER ON STIPULATION EXTENDING DEFENDANT'S TIME TO FILE A RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. 13) |

Pending before the Court is Defendant's stipulated request to extend the deadline to file a response to Plaintiff's motion for summary judgment from January 19, 2026, through and including March 23, 2026.  (Doc. 13).

For good cause shown by the parties' stipulated representations, it is HEREBY ORDERED:

1.  Defendant shall file a response to Plaintiff's motion for summary judgment by no later than **March 23, 2026**; and

2.  Any optional reply by Plaintiff shall be filed in accordance with the Court's scheduling order.  (Doc. 5 ¶ 5).

IT IS SO ORDERED.

Dated:   **January 12, 2026**                         _____

UNITED STATES MAGISTRATE JUDGE