UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| KIMBERLY MARY ZAPALAC, | Case No. 1:25-cv-01264-CDB (SS) |
| Plaintiff, | ORDER GRANTING STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |
| v. | (Doc. 15) |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Pending before the Court is the parties' stipulation to voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g), filed on February 23, 2026. (Doc. 15). The parties have consented to the jurisdiction of a U.S. magistrate judge for all purposes. *See* (Doc. 9) (reassignment order, citing 28 U.S.C. § 636(c)(1)).

Upon consideration of the parties' stipulation, pleadings and for good cause shown, IT IS HEREBY ORDERED:

1. The above-captioned matter is remanded to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g);

2. Upon remand, the Appeals Council shall remand the case to an Administrative Law Judge (ALJ) for a new decision, and instruct the ALJ to reevaluate the evidence of record; and

*///*

3.  The Clerk of the Court is directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner, and terminate all pending dates.

IT IS SO ORDERED.

Dated:  **February 24, 2026**

_____
UNITED STATES MAGISTRATE JUDGE